Peter H. **BEER**, Terry J. Hatter, Jr., Thomas F. Hogan, Richard A. Paez, James Robertson, Laurence H. Silberman, A. Wallace Tashima and U.W. Clemon, Plaintiffs–Appellants,

v.

**UNITED STATES**, Defendant–Appellee.

No. 2010–5012.

United States Court of Appeals, Federal Circuit.

Aug. 4, 2011.

Christopher Landau, Kirkland & Ellis LLP, Washington, DC, for Plaintiffs-Appellants.

Brian M. Simkin, Department of Justice, Washington, DC, for Defendant-Appellee.

## ORDER

Upon consideration of the order of the Supreme Court of the United States in *Peter H. Beer, et al. v. United States,* —— U.S. ——, 131 S.Ct. 2865, —— L.Ed.2d —— (2011), vacating this court's judgment and remanding to this court for further consideration,

IT IS ORDERED THAT:

The mandate of this court issued on March 30, 2010 is recalled, the appeal is reinstated, and this court's January 15, 2010 judgment is vacated.